1/28/2020 3:25 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 40349513
By: Courtni Gilbert
Filed: 1/28/2020 3:25 PM

CAUSE NO. _____

| | |
|---|---|
| GREAT LAKES INSURANCE SE and IRONSHORE EUROPE DAC as subrogees of FURNITURE PROCUREMENT SERVICES, L.L.C. a/k/a FURNITURE PROCUREMENT SERVICES LP,<br><br>Plaintiffs,<br><br>v.<br><br>MAUSER USA, LLC as successor to NATIONAL CONTAINER GROUP, LLC,<br><br>Defendant. | IN THE DISTRICT COURT IN AND FOR HARRIS COUNTY, TEXAS<br><br><br>_____ JUDICIAL DISTRICT |

## ORIGINAL PETITION

Plaintiffs, Great Lakes Insurance SE ("Great Lakes") and Ironshore Europe DAC ("Ironshore", collectively with Great Lakes, "Plaintiffs") as subrogees of Furniture Procurement Services, L.L.C. a/k/a Furniture Procurement Services LP ("Furniture Procurement"), by and through their counsel, Skierski Jain PLLC, hereby allege and state as follows:

### I.     DISCOVERY CONTROL PLAN

1.     In accordance with the TEXAS RULES OF CIVIL PROCEDURE, Plaintiffs request that this case be set on Discovery Control Plan Level 2 in accordance with TEXAS RULE OF CIVIL PROCEDURE 190.3.

### II.     PARTIES

2.     Great Lakes is in the business of issuing policies of insurance. Great Lakes' principal place of business is in London, England. Great Lakes is a business enterprise formed pursuant to the laws of England and regulated by The Financial Conduct Authority in England. For the purpose of this action only, Great Lakes may be contacted through Skierski Jain PLLC at 400 North Saint Paul Street, Suite 510, Dallas, Texas 75201.

EXHIBIT A

3.      Ironshore Europe DAC is in the business of issuing policies of insurance.  Ironshore's principal place of business is in Dublin, Ireland. For the purpose of this action only, Ironshore may be contacted through Skierski Jain PLLC at 400 North Saint Paul Street, Suite 510, Dallas, Texas 75201.

4.      At all times relevant to this action, Great Lakes and Ironshore insured Furniture Procurement pursuant to Policy No. ARGL1000010-01 (the "Policy").

5.      Mauser USA, LLC ("Mauser") is a domestic entity with its principal place of business located at Two Tower Center Drive, East Brunswick, New Jersey 08816.  Upon information and belief, Mauser merged with National Container Group, LLC in or around October 2018.  Mauser may be served through its registered agent, C T Corporation Company, 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136.

## III.     JURISDICTION & VENUE

6.      The Court exercises subject matter jurisdiction because the amount in controversy exceeds the minimum jurisdictional requirements.

7.      The Court exercises personal jurisdiction over Mauser, an entity registered to do business in Texas.

8.      Venue is proper pursuant to TEXAS CIV. PRAC. & REM. CODE § 15.002(a)(1).

## IV.     STATEMENT OF MONETARY RELIEF SOUGHT

9.      Pursuant to TEXAS RULE OF CIVIL PROCEDURE 47, Plaintiffs states that it seeks monetary relief over $1,000,000.  Specifically, as a result of Defendant's acts or omissions giving rise to this lawsuit, Plaintiffs incurred compensatory damages in the amount of at least $1,973,223.54.

## V.     CONDITIONS PRECEDENT

10.     All conditions precedent to the filing of this lawsuit or Plaintiffs' recovery have been satisfied.

## VI.     FACTS

EXHIBIT A

11.     Plaintiffs incorporate by reference as if fully stated herein each of the facts, statements and allegations contained in paragraphs 1 through 10 above.

12.     At all times relevant to this action, Furniture Procurement insured the real property, business property and business operations located at 13101 Almeda Road, Houston, Texas 77045 (the "Premises").

13.     On or about May 28, 2018, at or about 6:26 a.m., a fire (the "Fire") started inside real property located at 13131 Almeda Road, Houston, Texas 77045 (the "Mauser Premises").  The Premises and the Mauser Premises were both large commercial structures that neighbored one another.

14.     The Mauser Premises was occupied by two tenants. Mauser occupied the east side of the structure while Textile Recycler, Inc. occupied the west side.

15.     The Houston Arson Bureau ("HAB") begin investigating almost immediately after fire suppression efforts began.  Starting at the exterior of the Mauser Premises, the HAB observed that the fire and smoke damage increased in severity as they moved eastward outside the Mauser Premises with the heaviest smoke damage located roughly 200 feet from the southeast corner of the Mauser Premises.

16.     While examining the interior of the Mauser Premises, HAB Investigators observed that the fire damage increased in intensity the further east they travelled along the south side of the Mauser Premises. The HAB discovered the area of the Fire's origin in this section of the Mauser Premises.

17.     The HAB determined that the Fire was caused by an unspecified mechanical malfunction that occurred near the area of origin.

18.     The Fire that began in the Mauser Premises caused damage to the neighboring Premises and Furniture Procurement's business property.  Furniture Procurement also suffered a loss of business income.

19.     As a result of the Fire, Furniture Procurement incurred expenses. Those expenses totaled no less than $1,973,223.54 (the "Expenses").

20.     At the time of the Fire, Furniture Procurement insured the Premises, including the structure

**ORIGINAL PETITION**                                                                                    **Page 3**

itself and its contents, against property damage and loss of business income pursuant to the Policy issued by Plaintiffs.

21.     As a result of the damage to the Premises and pursuant to the Policy, Plaintiffs paid to or on behalf of Furniture Procurement $723,223.54 for the damage to the Premises, $1,000,000.00 for the loss of Furniture Procurement's business personal property and $250,000.00 for the loss of Furniture Procurement's business income (collectively the "Expenses").

22.     Furniture Procurement duly transferred and subrogated to Plaintiffs all of its rights and remedies to the extent of the Expenses.  Plaintiffs do not herein seek recovery of any amounts for any other claims held by any party, including Furniture Procurement, for any other damages or claims related to the Fire.

23.     Attached hereto as "**Exhibit 1**" and incorporated by reference are copies of documents evidencing the Expenses.  Plaintiffs hereby plead each of the following causes of action in the alternative or cumulatively, whichever affords Plaintiffs the greater right of recovery, and seek recovery from the Defendant.

## VII.    CAUSE OF ACTION:  NEGLIGENCE (MAUSER)

24.     Plaintiffs incorporate by reference as if fully stated herein each of the facts, statements and allegations contained in paragraphs 1 through 23 above.

25.     Mauser owed a duty of care to Furniture Procurement and other occupants and owners of neighboring commercial structures in the commercial complex in which the Premises are located.

26.     Upon information and belief, Mauser breached its duty of care when it, among other things, (i) failed to exercise reasonable or ordinary care while maintaining Mauser's mechanical equipment within the Mauser Premises; (ii) failed to properly monitor the functions of mechanical equipment within the Mauser Premises and (iii) thereby caused the Fire.

27.     Mauser's acts and omissions directly and proximately caused significant damage to the Premises and Furniture Procurement's business personal property and resulted in loss of business income.

EXHIBIT A

28.     As a result of the Fire, Furniture Procurement incurred the Expenses.

29.     Plaintiffs, as subrogees of Furniture Procurement, hereby demand an award of compensatory damages in the amount of no less than $1,973,223.54.

## VIII.   PRAYER

WHEREFORE PREMISES CONSIDERED, Plaintiffs hereby respectfully request judgment in favor of Plaintiffs and against Mauser and containing the following relief:

(i)     an award of compensatory damages in the amount of $1,973,223.54;

(ii)    an award of costs of this Court, including discretionary fees to the fullest extent permitted at law and in equity; and

(iii)   such other and further relief, at law or in equity, as the Court may deem just and proper.

## IX.    REQUEST FOR DISCLOSURES

Pursuant to Rule 194 of the TEXAS RULES OF CIVIL PROCEDURE, Plaintiffs request that Defendant disclose the information and material described in Rule 194.2 of the TEXAS RULES OF CIVIL PROCEDURE. Plaintiffs requests that Defendant produce responsive documents at the undersigned law offices within fifty (50) days of service of this request.

## X.     NOTICE PURSUANT TO RULE 193

Pursuant to TEXAS RULE OF CIVIL PROCEDURE 193.7, Plaintiffs hereby provides notice that any and all documents produced by the Defendant or any other parties or non-parties hereto may be used as evidence at any pre-trial proceeding or at trial of this matter and are deemed authenticated absent timely objection by Defendant or any other party hereto.

Dated: January 28, 2020

Respectfully submitted by,

*/s/ Doug Skierski*
Doug Skierski
Texas Bar No. 24008046
C. Ryan Childress
Texas Bar No. 24109720
Skierski Jain PLLC
400 North Saint Paul, Suite 510
Dallas, Texas 75201
Main:  (214) 446-0330
Facsimile:  (214) 446-0322
Email:  DSkierski@SkiJain.com
Email:  RChildress@SkiJain.com

Unofficial Copy Office of Marilyn Burgess District Clerk

**ORIGINAL PETITION**

EXHIBIT A

**CAUSE NO.** _____

| | |
|---|---|
| GREAT LAKES INSURANCE SE and IRONSHORE EUROPE DAC as subrogees of FURNITURE PROCUREMENT SERVICES, L.L.C. a/k/a FURNITURE PROCUREMENT SERVICES LP, | IN THE DISTRICT COURT IN AND FOR HARRIS COUNTY, TEXAS |
| Plaintiffs, | |
| v. | _____ JUDICIAL DISTRICT |
| MAUSER USA, LLC as successor to NATIONAL CONTAINER GROUP, LLC, | |
| Defendant. | |

**EXHIBIT 1**

EXHIBIT A

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.

Mills Mehr & Associates, Inc.
on Behalf of Ironshore Europe DAC
2963 Gulf to Bay Blvd., Suite 208
Clearwater, FL 33759

Regions Bank
Clearwater, FL
63-466/631

**01032**
05/24/2018

PAY  Fifty Thousand and xx / 100 * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

AMOUNT
$ ****50000.00

TO THE
ORDER OF

Furniture Procurement Svc
PO Box 451189
Houston, TX 77245

VOID AFTER 180 DAYS

MEMO Advance Payment #1 - 20.8205 - Furniture
Procurement Svc

---

**01032**

| Claim Number | Check Amt: | $50,000.00 |
| 20.8205.286.PD | Check Date: | 06/24/2018 |
| **Claimant Name** | Adjuster: | demeld |
| Furniture Procurement Svc | Invoice No: | |
| | Invoice Date: | |
| | Date Of Loss: | 05/28/2018 |
| | Service Dates: | 06/22/2018    06/22/2018 |
| | Payee Name: | Furniture Procurement Svc |
| | | PO Box 451189 |
| | | Houston, TX 77245 |

**Comment**

Advance Payment #1 - 20.8205 - Furniture Procurement Svc

---

**01032**

| Claim Number | Check Amt: | $50,000.00 |
| 20.8205.286.PD | Check Date: | 06/24/2018 |
| **Claimant Name** | Adjuster: | demeld |
| Furniture Procurement Svc | Invoice No: | |
| | Invoice Date: | |
| | Date Of Loss: | 05/28/2018 |
| | Service Dates: | 06/22/2018    06/22/2018 |
| | Payee Name: | Furniture Procurement Svc |
| | | PO Box 451189 |
| | | Houston, TX 77245 |

**Comment**

Advance Payment #1 - 20.8205 - Furniture Procurement Svc

Unofficial Copy Office of Marilyn Burgess District Clerk

VersaCheck Form 1000 Classic (08/16)

**EXHIBIT A**

www.versacheck.com

Mills Mehr & Associates, Inc.
on Behalf of Great Lakes Reinsurance (UK) SE
2963 Gulf to Bay Blvd. Suite 208
Clearwater, FL 33759

Regions Bank
Clearwater, FL
63-466/631

**01032**

06/24/2018

PAY Fifty Thousand and xx / 100 * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

AMOUNT

$ ****50000.00

VOID AFTER 180 DAYS

TO THE
ORDER OF
Furniture Procurement Svc
PO Box 451189
Houston, TX 77245

MEMO Advance Payment #1 - 20.8205 - Furniture
Procurement Svc

---

**01032**

**Claim Number**
20.8205.286.PD
**Claimant Name**
Furniture Procurement Svc

| | |
|---|---|
| Check Amt: | $50,000.00 |
| Check Date: | 06/24/2018 |
| Adjuster: | demeid |
| Invoice No: | |
| Invoice Date: | |
| Date Of Loss: | 05/28/2018 |
| Service Dates: | 06/22/2018   06/22/2018 |
| Payee Name: | Furniture Procurement Svc |
| | PO Box 451189 |
| | Houston, TX 77245 |

**Comment**
Advance Payment #1 - 20.8205 - Furniture Procurement Svc

---

**01032**

**Claim Number**
20.8205.286.PD
**Claimant Name**
Furniture Procurement Svc

| | |
|---|---|
| Check Amt: | $50,000.00 |
| Check Date: | 06/24/2018 |
| Adjuster: | demeid |
| Invoice No: | |
| Invoice Date: | |
| Date Of Loss: | 05/28/2018 |
| Service Dates: | 06/22/2018   06/22/2018 |
| Payee Name: | Furniture Procurement Svc |
| | PO Box 451189 |
| | Houston, TX 77245 |

**Comment**
Advance Payment #1 - 20.8205 - Furniture Procurement Svc

Unofficial Copy Office of Marilyn Burgess District Clerk

VersaCheck Form 1000 Classic (90/15)

**EXHIBIT A**

www.versacheck.com

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK

Mills Mehr & Associates, Inc.
on behalf of Great Lakes Reinsurance (UK) SE
2963 Gulf to Bay Blvd. Suite 208
Clearwater, FL 33759

Regions Bank
Clearwater, FL.
63-466/631

01038
07/11/2018

PAY  Seventy-five Thousand and xx / 100 * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

AMOUNT

$ ****75000.00

VOID AFTER 180 DAYS

TO THE
ORDER OF

Furniture Procurement Svc
PO Box 451189
Houston, TX 77245

MEMO 2nd Advance Payment - 20.8205 - Furniture
Procurement Svc

---

01038

**Claim Number**
20.8205.286.PD

**Claimant Name**
Furniture Procurement Svc

Check Amt:  $75,000.00
Check Date:  07/11/2018
Adjuster:  demeld
Invoice No:
Invoice Date:
Date Of Loss:  05/28/2018
Service Dates:  07/10/2018     07/10/2018
Payee Name:  Furniture Procurement Svc
PO Box 451189
Houston, TX 77245

**Comment**

2nd Advance Payment - 20.8205 - Furniture Procurement Svc

---

01038

**Claim Number**
20.8205.286.PD

**Claimant Name**
Furniture Procurement Svc

Check Amt:  $75,000.00
Check Date:  07/11/2018
Adjuster:  demeld
Invoice No:
Invoice Date:
Date Of Loss:  05/28/2018
Service Dates:  07/10/2018     07/10/2018
Payee Name:  Furniture Procurement Svc
PO Box 451189
Houston, TX 77245

**Comment**

2nd Advance Payment - 20.8205 - Furniture Procurement Svc

Unofficial Copy Office of Marilyn Burgess District Clerk

VersaCheck Form 1000 Classic (03/15)

EXHIBIT A

01038

Mills Mehr & Associates, Inc.
on Behalf of Ironshore Europe DAC
2963 Gulf to Bay Blvd., Suite 208
Clearwater, FL 33759

Regions Bank
Clearwater, FL
63-466/631

07/11/2018

PAY  Seventy-five Thousand and xx / 100 * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

AMOUNT
$   ****75000.00

TO THE
ORDER OF

Furniture Procurement Svc
PO Box 451189
Houston, TX 77245

VOID AFTER 180 DAYS

MEMO 2nd Advance Payment - 20.8205 - Furniture
Procurement Svc

01038

| Claim Number | | Check Amt: | $75,000.00 |
| 20.8205.286.PD | | Check Date: | 07/11/2018 |
| **Claimant Name** | | Adjuster: | demeld |
| Furniture Procurement Svc | | Invoice No: | |
| | | Invoice Date: | |
| | | Date Of Loss: | 05/28/2018 |
| | | Service Dates: | 07/10/2018      07/10/2018 |
| | | Payee Name: | Furniture Procurement Svc |
| | | | PO Box 451189 |
| | | | Houston, TX 77245 |

**Comment**

2nd Advance Payment - 20.8205 - Furniture Procurement Svc

01038

| Claim Number | | Check Amt: | $75,000.00 |
| 20.8205.286.PD | | Check Date: | 07/11/2018 |
| **Claimant Name** | | Adjuster: | demeld |
| Furniture Procurement Svc | | Invoice No: | |
| | | Invoice Date: | |
| | | Date Of Loss: | 05/28/2018 |
| | | Service Dates: | 07/10/2018      07/10/2018 |
| | | Payee Name: | Furniture Procurement Svc |
| | | | PO Box 451189 |
| | | | Houston, TX 77245 |

**Comment**

2nd Advance Payment - 20.8205 - Furniture Procurement Svc

VersaCheck Form 1000 Classic (03/15)

EXHIBIT A

Mills Mehr & Associates, Inc.
on Behalf of Great Lakes Reinsurance (UK) SE
2963 Gulf to Bay Blvd. Suite 208
Clearwater, FL 33759

Regions Bank
Clearwater, FL
63-466/631

01045
08/30/2018

AMOUNT

PAY  Fourteen Thousand Four Hundred Seventeen and 98 / 100 * * * * * * * * * * * * * * * * * * * *   $  ****14417.98

TO THE
ORDER OF
Furniture Procurement Svc & Agarita Almeda, LLC
PO Box 451189
Houston, TX 77245

VOID AFTER 180 DAYS

MEMO Advance Payment #3 - HVAC Repairs - 20.8205 -
Furniture Procurement Services

---

**01045**

| | |
|---|---|
| **Claim Number** | **Check Amt:** $14,417.98 |
| 20.8205.286.PD | **Check Date:** 08/30/2018 |
| **Claimant Name** | **Adjuster:** demeld |
| Furniture Procurement Svc | **Invoice No:** |
| | **Invoice Date:** |
| | **Date Of Loss:** 05/28/2018 |
| | **Service Dates:** 08/30/2018    08/30/2018 |
| | **Payee Name:** Furniture Procurement Svc & Agarita Almeda |
| | PO Box 451189 |
| | Houston, TX 77245 |

**Comment**

Advance Payment #3 - HVAC Repairs - 20.8205 - Furniture Procurement Services

---

**01045**

| | |
|---|---|
| **Claim Number** | **Check Amt:** $14,417.98 |
| 20.8205.286.PD | **Check Date:** 08/30/2018 |
| **Claimant Name** | **Adjuster:** demeld |
| Furniture Procurement Svc | **Invoice No:** |
| | **Invoice Date:** |
| | **Date Of Loss:** 05/28/2018 |
| | **Service Dates:** 08/30/2018    08/30/2018 |
| | **Payee Name:** Furniture Procurement Svc & Agarita Almeda |
| | PO Box 451189 |
| | Houston, TX 77245 |

**Comment**

Advance Payment #3 - HVAC Repairs - 20.8205 - Furniture Procurement Services

VersaCheck Form 1000 Classic (01/17)

EXHIBIT A

Mills Mehr & Associates, Inc.
on Behalf of Ironshore Europe DAC
2963 Gulf to Bay Blvd., Suite 208
Clearwater, FL 33759

Regions Bank
Clearwater, FL
63-466/631

**01045**

08/30/2018

PAY  Fourteen Thousand Four Hundred Seventeen and 98 / 100 * * * * * * * * * * * * * * * * * * * *

AMOUNT

$  ****14417.98

TO THE
ORDER OF

Furniture Procurement Svc & Agarita Almeda, LLC
PO Box 451189
Houston, TX 77245

VOID AFTER 180 DAYS

MEMO Advance Payment #3 - HVAC Repairs - 20.8205 -
Furniture Procurement Services

---

**01045**

| | |
|---|---|
| **Claim Number** | Check Amt: $14,417.98 |
| 20.8205.286.PD | Check Date: 08/30/2018 |
| **Claimant Name** | Adjuster: demeld |
| Furniture Procurement Svc | Invoice No: |
| | Invoice Date: |
| | Date Of Loss: 05/28/2018 |
| | Service Dates: 08/30/2018    08/30/2018 |
| | Payee Name: Furniture Procurement Svc & Agarita Almed |
| | PO Box 451189 |
| | Houston, TX 77245 |

**Comment**

Advance Payment #3 - HVAC Repairs - 20.8205 - Furniture Procurement Services

---

**01045**

| | |
|---|---|
| **Claim Number** | Check Amt: $14,417.98 |
| 20.8205.286.PD | Check Date: 08/30/2018 |
| **Claimant Name** | Adjuster: demeld |
| Furniture Procurement Svc | Invoice No: |
| | Invoice Date: |
| | Date Of Loss: 05/28/2018 |
| | Service Dates: 08/30/2018    08/30/2018 |
| | Payee Name: Furniture Procurement Svc & Agarita Almed |
| | PO Box 451189 |
| | Houston, TX 77245 |

**Comment**

Advance Payment #3 - HVAC Repairs - 20.8205 - Furniture Procurement Services

EXHIBIT A

Mills Mehr & Associates, Inc.
on Behalf of Ironshore Europe DAC
2963 Gulf to Bay Blvd., Suite 208
Clearwater, FL 33759

Regions Bank
Clearwater, FL
63-466/631

01046

09/17/2018

PAY  Five Hundred Thousand and xx / 100 * * * * * * * * * * * * * * * * * * * * * * * * *

AMOUNT
$ ***500000.00

VOID AFTER 180 DAYS

TO THE
ORDER OF
Furniture Procurement Svc & Spirit of Texas Bank ssb
PO Box 451189
Houston, TX 77245

MEMO BPP Full Indemnity - 20.8205 - Furniture
Procurement Services

---

01046

| | |
|---|---|
| **Claim Number** | **Check Amt:** $500,000.0 |
| 20.8205.286.PD | **Check Date:** 09/17/2018 |
| **Claimant Name** | **Adjuster:** demeld |
| Furniture Procurement Svc | **Invoice No:** |
| | **Invoice Date:** |
| | **Date Of Loss:** 05/28/2018 |
| | **Service Dates:** 09/14/2018    09/14/2018 |
| | **Payee Name:** Furniture Procurement Svc & Spirit of Texas |
| | Bank ssb |
| | PO Box 451189 |
| | Houston, TX 77245 |

**Comment**

BPP Full Indemnity - 20.8205 - Furniture Procurement Services

---

01046

| | |
|---|---|
| **Claim Number** | **Check Amt:** $500,000.0 |
| 20.8205.286.PD | **Check Date:** 09/17/2018 |
| **Claimant Name** | **Adjuster:** demeld |
| Furniture Procurement Svc | **Invoice No:** |
| | **Invoice Date:** |
| | **Date Of Loss:** 05/28/2018 |
| | **Service Dates:** 09/14/2018    09/14/2018 |
| | **Payee Name:** Furniture Procurement Svc & Spirit of Texas |
| | Bank ssb |
| | PO Box 451189 |
| | Houston, TX 77245 |

**Comment**

BPP Full Indemnity - 20.8205 - Furniture Procurement Services

Unofficial Copy Office of Marilyn Burgess District Clerk

VersaCheck Form 1000 Classic 691/73                                                   www.versacheck.com

EXHIBIT A

Mills Mehr & Associates, Inc.
on Behalf of Great Lakes Reinsurance (UK) SE
2963 Gulf to Bay Blvd. Suite 205
Clearwater, FL 33759

Regions Bank
Clearwater, FL
63-466/631

01046

09/17/2018

PAY  Five Hundred Thousand and xx / 100 * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

AMOUNT

$ ***500000.00

VOID AFTER 180 DAYS

TO THE
ORDER OF

Furniture Procurement Svc & Spirit of Texas Bank ssb
PO Box 451189
Houston, TX 77245

MEMO BPP Full Indemnity - 20.8205 - Furniture
Procurement Services

---

01046

**Claim Number**
20.8205.286.PD

**Claimant Name**
 Furniture Procurement Svc

| | |
|---|---|
| Check Amt: | $500,000.0 |
| Check Date: | 09/17/2018 |
| Adjuster: | demeld |
| Invoice No: | |
| Invoice Date: | |
| Date Of Loss: | 05/28/2018 |
| Service Dates: | 09/14/2018    09/14/2018 |
| Payee Name: | Furniture Procurement Svc & Spirit of Texas Bank ssb PO Box 451189 Houston, TX 77245 |

**Comment**

BPP Full Indemnity - 20.8205 - Furniture Procurement Services

---

01046

**Claim Number**
20.8205.286.PD

**Claimant Name**
Furniture Procurement Svc

| | |
|---|---|
| Check Amt: | $500,000.0 |
| Check Date: | 09/17/2018 |
| Adjuster: | demeld |
| Invoice No: | |
| Invoice Date: | |
| Date Of Loss: | 05/28/2018 |
| Service Dates: | 09/14/2018    09/14/2018 |
| Payee Name: | Furniture Procurement Svc & Spirit of Texas Bank ssb PO Box 451189 Houston, TX 77245 |

**Comment**

BPP Full Indemnity - 20.8205 - Furniture Procurement Services

Unofficial Copy Office of Marilyn Burgess District Clerk

VersaCheck Form 1000 Classic (3)-1971

EXHIBIT A

www.versacheck.com

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK

Mills Mehr & Associates, Inc.
on Behalf of Ironshore Europe DAC
2963 Gulf to Bay Blvd., Suite 205
Clearwater, FL 33759

Regions Bank
Clearwater, FL.
63-468/631

**01058**

12/06/2018

PAY One Hundred Ninety-four Thousand Four Hundred Sixty-eight and 69 / 100 * * * * * * * * * * *

AMOUNT

$ ***194468.69

TO THE
ORDER OF
Blackmon Mooring of Houston
10511 Kipp Way
Suite 400
Houston, TX 77099

VOID AFTER 180 DAYS

MEMO Mitigation Services Rendered to date - 20.8205 -
Furniture Procurement Services

| | |
|---|---|
| **Claim Number** | **01058** |
| 20.8205.286.PD | |
| **Claimant Name** | **Check Amt:** $194,468.6 |
| Furniture Procurement Svc | **Check Date:** 12/06/2018 |
| | **Adjuster:** demeld |
| | **Invoice No:** |
| | **Invoice Date:** |
| | **Date Of Loss:** 05/28/2018 |
| | **Service Dates:** 12/05/2018    12/05/2018 |
| | **Payee Name:** Blackmon Mooring of Houston |
| | 10511 Kipp Way |
| | Suite 400 |
| | Houston, TX 77099 |

**Comment**

Mitigation Services Rendered to date - 20.8205 - Furniture Procurement Services

**Claim Number**                                                **01058**
20.8205.286.PD
**Claimant Name**                    **Check Amt:** $194,468.6
Furniture Procurement Svc            **Check Date:** 12/06/2018
                                     **Adjuster:** demeld
                                     **Invoice No:**
                                     **Invoice Date:**
                                     **Date Of Loss:** 05/28/2018
                                     **Service Dates:** 12/05/2018    12/05/2018
                                     **Payee Name:** Blackmon Mooring of Houston
                                                     10511 Kipp Way
                                                     Suite 400
                                                     Houston, TX 77099

**Comment**

Mitigation Services Rendered to date - 20.8205 - Furniture Procurement Services

Unofficial Copy Office of Marilyn Burgess District Clerk

VersaCheck Form 1000 Classic [01/17]

EXHIBIT A

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK

Mills Mehr & Associates, Inc.
on behalf of Great Lakes Reinsurance (UK) SE
2963 Gulf to Bay Blvd. Suite 208
Clearwater, FL 33759

Regions Bank
Clearwater, FL
63-466/631

01060

12/06/2018

**AMOUNT**

PAY  One Hundred Ninety-four Thousand Four Hundred Sixty-eight and 69 / 100 * * * * * * * * * * * *    $  ***194468.69

VOID AFTER 180 DAYS

TO THE
ORDER OF

Blackmon Mooring of Houston
10511 Kipp Way
Suite 400
Houston, TX 77099

MEMO Mitigation Services Rendered to date - 20.8205 -
Furniture Procurement Services

---

| | | | 01060 |
|---|---|---|---|
| **Claim Number** | Check Amt: | $194,468.6 | |
| 20.8205.286.PD | Check Date: | 12/06/2018 | |
| **Claimant Name** | Adjuster: | demeld | |
| Furniture Procurement Svc | Invoice No: | | |
| | Invoice Date: | | |
| | Date Of Loss: | 05/28/2018 | |
| | Service Dates: | 12/05/2018 | 12/05/2018 |
| | Payee Name: | Blackmon Mooring of Houston | |
| | | 10511 Kipp Way | |
| | | Suite 400 | |
| | | Houston, TX 77099 | |

**Comment**

Mitigation Services Rendered to date - 20.8205 - Furniture Procurement Services

Unofficial Copy Office of Marilyn Burgess District Cl

---

| | | | 01060 |
|---|---|---|---|
| **Claim Number** | Check Amt: | $194,468.6 | |
| 20.8205.286.PD | Check Date: | 12/06/2018 | |
| **Claimant Name** | Adjuster: | demeld | |
| Furniture Procurement Svc | Invoice No: | | |
| | Invoice Date: | | |
| | Date Of Loss: | 05/28/2018 | |
| | Service Dates: | 12/05/2018 | 12/05/2018 |
| | Payee Name: | Blackmon Mooring of Houston | |
| | | 10511 Kipp Way | |
| | | Suite 400 | |
| | | Houston, TX 77099 | |

**Comment**

Mitigation Services Rendered to date - 20.8205 - Furniture Procurement Services

VersaCheck Form 1000 Classic (04/17)

www.versacheck.com

EXHIBIT A

Mills Mehr & Associates, Inc.
on Behalf of Ironshore Europe DAC
2963 Gulf to Bay Blvd., Suite 208
Clearwater, FL 33759

Regions Bank
Clearwater, FL
63-466/631

**01059**

12/18/2018

PAY  Sixty-six Thousand Six Hundred Sixty-five and 17 / 100 * * * * * * * * * * * * * * * * * * * *

AMOUNT

$ ****66665.17

VOID AFTER 180 DAYS

TO THE
ORDER OF

Furniture Procurement Svc & Agarita Almeda, LLC
PO Box 451189
Houston, TX 77245

MEMO Undisputed Bldg ACV Indemnity - 20.8205 -
Furniture Procurement Services

---

**01059**

| | |
|---|---|
| **Claim Number** | Check Amt: $66,665.17 |
| 20.8205.286.PD | Check Date: 12/18/2018 |
| **Claimant Name** | Adjuster: demeld |
| Furniture Procurement Svc | Invoice No: |
| | Invoice Date: |
| | Date Of Loss: 05/28/2018 |
| | Service Dates: 12/18/2018    12/18/2018 |
| | Payee Name: Furniture Procurement Svc & Agarita Almeda, LLC |
| | PO Box 451189 |
| | Houston, TX 77245 |

**Comment**

Undisputed Bldg ACV Indemnity - 20.8205 - Furniture Procurement Services

---

**01059**

| | |
|---|---|
| **Claim Number** | Check Amt: $66,665.17 |
| 20.8205.286.PD | Check Date: 12/18/2018 |
| **Claimant Name** | Adjuster: demeld |
| Furniture Procurement Svc | Invoice No: |
| | Invoice Date: |
| | Date Of Loss: 05/28/2018 |
| | Service Dates: 12/18/2018    12/18/2018 |
| | Payee Name: Furniture Procurement Svc & Agarita Almeda, LLC |
| | PO Box 451189 |
| | Houston, TX 77245 |

**Comment**

Undisputed Bldg ACV Indemnity - 20.8205 - Furniture Procurement Services

THIS DOCUMENT HAS A COLORED BACK-GROUND AND MICROPRINTING THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK

Unofficial Copy Office of Marilyn Burgess District Clerk

VersaCheck Form 1000 Classic [01/17]

EXHIBIT A www.versacheck.com

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK

Mills Mehr & Associates, Inc.
on Behalf of Great Lakes Reinsurance (UK) SE
2963 Gulf to Bay Blvd. Suite 208
Clearwater, FL 33759

Regions Bank
Clearwater, FL
63-466/631

**01061**

12/18/2018

PAY  Sixty-six Thousand Six Hundred Sixty-five and 17 / 100 * * * * * * * * * * * * * * * * * * * * *

AMOUNT

$ ****66665.17

TO THE
ORDER OF

Furniture Procurement Svc & Agarita Almeda, LLC
PO Box 451189
Houston, TX 77245

VOID AFTER 180 DAYS

MEMO Undisputed Bldg ACV Indemnity - 20.8205 -
Furniture Procurement Services

---

**01061**

| Claim Number | | | |
|---|---|---|---|
| 20.8205.286.PD | | | |

| | | |
|---|---|---|
| **Check Amt:** | $66,665.17 | |
| **Check Date:** | 12/18/2018 | |

**Claimant Name**
Furniture Procurement Svc

| | |
|---|---|
| **Adjuster:** | demeld |
| **Invoice No:** | |
| **Invoice Date:** | |
| **Date Of Loss:** | 05/28/2018 |
| **Service Dates:** | 12/18/2018     12/18/2018 |
| **Payee Name:** | Furniture Procurement Svc & Agarita |

Almeda, LLC
PO Box 451189
Houston, TX 77245

**Comment**

Undisputed Bldg ACV Indemnity - 20.8205 - Furniture Procurement Services

---

**01061**

**Claim Number**
20.8205.286.PD

**Check Amt:** $66,665.17
**Check Date:** 12/18/2018

**Claimant Name**
Furniture Procurement Svc

**Adjuster:** demeld
**Invoice No:**
**Invoice Date:**
**Date Of Loss:** 05/28/2018
**Service Dates:** 12/18/2018     12/18/2018
**Payee Name:** Furniture Procurement Svc & Agarita
Almeda, LLC
PO Box 451189
Houston, TX 77245

**Comment**

Undisputed Bldg ACV Indemnity - 20.8205 - Furniture Procurement Services

Unofficial Copy Office of Marilyn Burgess District Clerk

VersaCheck Form 1000 Classic (S1-77)

EXHIBIT A   www.versacheck.com

Mills Mehr & Associates, Inc.
on Behalf of Great Lakes Reinsurance (UK) SE
2963 Gulf to Bay Blvd. Suite 208
Clearwater, FL 33759

Regions Bank
Clearwater, FL.
63-466/631

01066

01/14/2019

PAY  Forty-seven Thousand Seven Hundred Sixty-eight and 30 / 100 * * * * * * * * * * * * * * * *

AMOUNT

$ ****47768.30

VOID AFTER 180 DAYS

TO THE
ORDER OF

Blackmon Mooring of Houston
10511 Kipp Way
Suite 400
Houston, TX 77099

MEMO Supplemental Mitigation Payment - 20.8205 -
Furniture Procurement Services

---

01066

| Claim Number | | |
|---|---|---|
| 20.8205.286.PD | | |
| **Claimant Name** | Check Amt: | $47,768.30 |
| Furniture Procurement Svc | Check Date: | 01/14/2019 |
| | Adjuster: | demeld |
| | Invoice No: | |
| | Invoice Date: | |
| | Date Of Loss: | 05/28/2018 |
| | Service Dates: | 01/04/2019    01/04/2019 |
| | Payee Name: | Blackmon Mooring of Houston |
| | | 10511 Kipp Way |
| | | Suite 400 |
| | | Houston, TX 77099 |

**Comment**

Supplemental Mitigation Payment - 20.8205 - Furniture Procurement Services

---

01066

| Claim Number | | |
|---|---|---|
| 20.8205.286.PD | | |
| **Claimant Name** | Check Amt: | $47,768.30 |
| Furniture Procurement Svc | Check Date: | 01/14/2019 |
| | Adjuster: | demeld |
| | Invoice No: | |
| | Invoice Date: | |
| | Date Of Loss: | 05/28/2018 |
| | Service Dates: | 01/04/2019    01/04/2019 |
| | Payee Name: | Blackmon Mooring of Houston |
| | | 10511 Kipp Way |
| | | Suite 400 |
| | | Houston, TX 77099 |

**Comment**

Supplemental Mitigation Payment - 20.8205 - Furniture Procurement Services

Unofficial Copy Office of Marilyn Burgess District Clerk

VersaCheck Form 1000 Classic (01/97)

EXHIBIT A

Mills Mehr & Associates, Inc.
on Behalf of Ironshore Europe DAC
2963 Gulf to Bay Blvd., Suite 208
Clearwater, FL 33759

Regions Bank
Clearwater, FL.
63-466/631

01064
01/14/2019

AMOUNT

PAY  Forty-seven Thousand Seven Hundred Sixty-eight and 31 / 100 * * * * * * * * * * * * * * * * * *     $ ****47768.31

VOID AFTER 180 DAYS

TO THE
ORDER OF

Blackmon Mooring of Houston
10511 Kipp Way
Suite 400
Houston, TX 77099

MEMO Supplemental Mitigation Payment - 20.8205 -
Furniture Procurement Services

---

**Claim Number**
20.8205.286.PD
**Claimant Name**
 Furniture Procurement Svc

01064

Check Amt: $47,768.31
Check Date: 01/14/2019
Adjuster: demeld
Invoice No:
Invoice Date:
Date Of Loss: 05/28/2018
Service Dates: 01/04/2019     01/04/2019
Payee Name: Blackmon Mooring of Houston
10511 Kipp Way
Suite 400
Houston, TX 77099

**Comment**

Supplemental Mitigation Payment - 20.8205 - Furniture Procurement Services

---

**Claim Number**
20.8205.286.PD
**Claimant Name**
 Furniture Procurement Svc

01064

Check Amt: $47,768.31
Check Date: 01/14/2019
Adjuster: demeld
Invoice No:
Invoice Date:
Date Of Loss: 05/28/2018
Service Dates: 01/04/2019     01/04/2019
Payee Name: Blackmon Mooring of Houston
10511 Kipp Way
Suite 400
Houston, TX 77099

**Comment**

Supplemental Mitigation Payment - 20.8205 - Furniture Procurement Services

VersaCheck Form 3000 Classic (03/17)

EXHIBIT A

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.

Case 4:20-cv-00753   Document 1-1   Filed on 03/03/20 in TXSD   Page 22 of 26

Mills Mehr & Associates, Inc.
on Behalf of Great Lakes Reinsurance (UK) SE
2963 Gulf to Bay Blvd. Suite 208
Clearwater, FL 33759

Regions Bank
Clearwater, FL
63-466/631

**01108**
08/08/2019

PAY  Thirty-eight Thousand Two Hundred Ninety-one and 62 / 100 * * * * * * * * * * * * * * * * * * * *

AMOUNT
$ ****38291.62

VOID AFTER 180 DAYS

TO THE
ORDER OF
Furniture Procurement Svc
PO Box 451189
Houston, TX 77245

MEMO Final BI/EE Indemnity - 20.8205 - Furniture
Procurement Services

---

**01108**

| | |
|---|---|
| **Claim Number** | Check Amt: $38,291.62 |
| 20.8205.286.PD | Check Date: 08/08/2019 |
| **Claimant Name** | Adjuster: demeld |
| Furniture Procurement Svc | Invoice No: |
| | Invoice Date: |
| | Date Of Loss: 05/28/2018 |
| | Service Dates: 07/03/2019     07/03/2019 |
| | Payee Name: Furniture Procurement Svc |
| | PO Box 451189 |
| | Houston, TX 77245 |

**Comment**

Final BI/EE Indemnity - 20.8205 - Furniture Procurement Services

---

**01108**

| | |
|---|---|
| **Claim Number** | Check Amt: $38,291.62 |
| 20.8205.286.PD | Check Date: 08/08/2019 |
| **Claimant Name** | Adjuster: demeld |
| Furniture Procurement Svc | Invoice No: |
| | Invoice Date: |
| | Date Of Loss: 05/28/2018 |
| | Service Dates: 07/03/2019     07/03/2019 |
| | Payee Name: Furniture Procurement Svc |
| | PO Box 451189 |
| | Houston, TX 77245 |

**Comment**

Final BI/EE Indemnity - 20.8205 - Furniture Procurement Services

EXHIBIT A    www.versacheck.com

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.

Case 4:20-cv-00753   Document 1-1   Filed on 03/03/20 in TXSD   Page 23 of 26

**01104**

Mills Mehr & Associates, Inc.
on Behalf of Ironshore Europe DAC
2963 Gulf to Bay Blvd., Suite 208
Clearwater, FL 33759

Regions Bank
Clearwater, FL
63-466/631

08/08/2019

AMOUNT

PAY  Thirty-eight Thousand Two Hundred Ninety-one and 63 / 100 * * * * * * * * * * * * * * * * * * *   $  ****38291.63

VOID AFTER 180 DAYS

TO THE
ORDER OF

Furniture Procurement Svc
PO Box 451189
Houston, TX 77245

MEMO: Final BI/EE Indemnity - 20.8205 - Furniture Procurement Services

**01104**

| | |
|---|---|
| **Claim Number** | **Check Amt:** $38,291.63 |
| 20.8205.286.PD | **Check Date:** 08/08/2019 |
| **Claimant Name** | **Adjuster:** demeld |
| Furniture Procurement Svc | **Invoice No:** |
| | **Invoice Date:** |
| | **Date Of Loss:** 05/28/2018 |
| | **Service Dates:** 07/03/2019    07/03/2019 |
| | **Payee Name:** Furniture Procurement Svc |
| | PO Box 451189 |
| | Houston, TX 77245 |

**Comment**

Final BI/EE Indemnity - 20.8205 - Furniture Procurement Services

**01104**

| | |
|---|---|
| **Claim Number** | **Check Amt:** $38,291.63 |
| 20.8205.286.PD | **Check Date:** 08/08/2019 |
| **Claimant Name** | **Adjuster:** demeld |
| Furniture Procurement Svc | **Invoice No:** |
| | **Invoice Date:** |
| | **Date Of Loss:** 05/28/2018 |
| | **Service Dates:** 07/03/2019    07/03/2019 |
| | **Payee Name:** Furniture Procurement Svc |
| | PO Box 451189 |
| | Houston, TX 77245 |

**Comment**

Final BI/EE Indemnity - 20.8205 - Furniture Procurement Services

VersaCheck Form 1000 Classic (01/17)

EXHIBIT A    www.versacheck.com

3/2/2020 9:41 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 41279727
By: JONATHAN PATTON
Filed: 3/2/2020 9:41 AM

### CAUSE NO. 2020-05819

| | | |
|---|---|---|
| **GREAT LAKES INSURANCE SE and** | § | **IN THE DISTRICT COURT OF** |
| **IRONSHORE EUROPE DAC as subrogees** | § | |
| **of FURNITURE PROCUREMENT** | § | |
| **SERVICES, L.L.C. a/k/a FURNITURE** | § | |
| **PROCUREMENT SERVICES LP,** | § | |
| | § | **HARRIS COUNTY, TEXAS** |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | |
| | § | |
| **MAUSER USA, LLC as successor to** | § | |
| **NATIONAL CONTAINER GROUP, LLC,** | § | **129th JUDICIAL DISTRICT** |
| | § | |
| **Defendant.** | | |

### DEFENDANT'S ORIGINAL ANSWER AND REQUEST FOR DISCLOSURE

Defendant, **MAUSER USA, LLC as successor to NATIONAL CONTAINER GROUP, LLC,** files this their Original Answer to Plaintiff's Original Petition and would respectfully show the Court as follows:

### I.

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendant denies each and every, all and singular, the material allegations contained in Plaintiff's Petition, and demands strict proof thereof as required by the constitution and laws of the State of Texas.

### II.

Defendant pleads Chapter 33 of the Texas Civil Practice and Remedies Code and asks the Court and Jury to consider the relative damages and conduct of the parties and all tortfeasors, including the Plaintiff, and accord the Defendant full benefit of said law. Defendant is entitled to an offset, credit or percentage reduction based upon any determination of the relative fault of all persons and tortfeasors or upon the amount of money paid by all other Defendants, persons, and/or tortfeasors to Plaintiff.

1

EXHIBIT A

**III.**

Pursuant to Rule 216 of the Texas Rules of Civil Procedure, Defendant hereby demands a trial by jury and makes application thereof.

**IV.**

Pursuant to Texas Rule of Civil Procedure 194, Defendant hereby requests that Plaintiff disclose, within thirty (30) days of the service of this request, the information or material described in Rule 194.2.

**PRAYER**

Defendant, **MAUSER USA, LLC as successor to NATIONAL CONTAINER GROUP, LLC,** prays that upon trial hereof, Plaintiff take nothing from Defendant, and that Defendant recover all costs of court and such other and further relief at law or in equity to which it may be justly entitled.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By:   */s/ Sandy Huynh*
Zandra E. Foley
State Bar No.  24032085
Sandy Huynh
State Bar No. 24057454
One Riverway, Suite 1400
Houston, Texas 77056
Telephone: (713) 403-8210
Telecopy: (713) 403-8299
E-Mail: zfoley@thompsoncoe.com
E-Mail: shuynh@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT,
MAUSER USA, LLC as successor to
NATIONAL CONTAINER GROUP, LLC**

2

EXHIBIT A

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document has been furnished to all counsel of record on this 2nd day of March, 2020, via e-filing:

/s/ Sandy Huynh
Sandy Huynh

7740092v1
03982.506

EXHIBIT A